CITY OF NEW YORK, Respondent, *v.* THOMAS LYNCH et al., Appellants.

Submitted July 13, 1953; decided July 14, 1953.

*Denis M. Hurley, Corporation Counsel (Meyer Scheps of counsel), for motion.*

*Edward A. Donnelly* opposed.

Motion denied with leave to renew on the argument.